UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
BRANDON MCFADDEN,

                Plaintiff,

     -against-

STATE OF NEW YORK; OFFICER JORGE
PUGA; DETECTIVE GRIFFIN; SERGEANT
PATRICK ABDUL; ADA JACQUELINE RIZK,

                Defendants.
-----------------------------------------------------------------------X

JUDGMENT
10-CV- 0141 (RRM)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 30 2011 ★

BROOKLYN OFFICE

      A Memorandum and Order of Honorable Roslynn R. Mauskopf, United States District Judge, having been filed on December 28, 2011, granting Defendants' motion to dismiss all remaining claims against them; dismissing Plaintiff's complaint in its entirety as to Defendants Jorge Puga, Detective Griffin and Sergeant Patrick Abdul; certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's Memorandum and Order would not be taken in good faith; and denying *in forma pauperis* status for the purpose of any appeal; it is

      ORDERED and ADJUDGED that Defendants' motion to dismiss all remaining claims against them is granted; that Plaintiff's complaint is dismissed in its entirety as to Defendants Jorge Puga, Detective Griffin and Sergeant Patrick Abdul; that pursuant to 28 U.S.C. § 1915(a)(3) any appeal from the Court's Memorandum and Order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of any appeal.

Dated: Brooklyn, New York
        December 29, 2011

                                              s/Douglas C. Palmer
                                              DOUGLAS C. PALMER
                                              Clerk of Court